

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 TIMES SQUARE, 34TH FLOOR
NEW YORK, NY 10036

csglaw.com

**MARGARET WOOD**
mwood@csglaw.com
(O) 973.530.2063
(F) 973.530.2263

August 3, 2021

Via ECF
Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 23A
New York, NY 10007-1312

**MEMO ENDORSED**

RE:   Marino Castaneda Rivera v. Columbus Bakery LLC (d/b/a H&H Bagels)
      and Miguel Flores
      Civil Action No.:  1:21-cv-03195

Dear Judge Stein:

This firm represents Defendants Columbus Bakery LLC (d/b/a H&H Bagels) and Miguel Flores ("Defendants") in the above-referenced matter.

Pursuant to Your Honor's Individual Practices, and with the consent of Plaintiff's counsel, Khalil Huey, Esq., we write to respectfully request that the upcoming initial conference with Your Honor presently scheduled for August 12, 2021 be adjourned as I will be on a family vacation from August 8, 2021 through August 17, 2021. No previous requests for an adjournment of the initial conference have been made.

Kindly advise if the foregoing meets with Your Honor's approval. Thank you for your attention to this matter.

Respectfully submitted,

*Margaret Wood*

Margaret Wood
Member

MOW:lr

cc: Khalil Huey, Esq. (via ECF)

**The teleconference is adjourned to September 29 at 9:30 a/m.**

Dated: New York, New York
August 3, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

NEW JERSEY                                    NEW YORK

4816-3925-1444.v1