UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARINO CASTANEDA RIVERA, individually   :   21-Cv-3195 (SHS)
and on behalf of others similarly situated,

                       Plaintiff,       ORDER

   -v-

COLUMBUS BAKERY LLC (d/b/a H&H Bagels), :
and MIGUEL FLORES,

                    Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the telephone conference scheduled for September 29, 2021, is adjourned to October 28, 2021, at 9:00 a.m.

Dated: New York, New York
       September 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.