UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARINO CASTANEDA RIVERA, individually :    21-Cv-3195 (SHS)
and on behalf of others similarly situated,

                                  Plaintiff,                 ORDER

     -v-

COLUMBUS BAKERY LLC (d/b/a H&H Bagels), :
and MIGUEL FLORES,

                                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial pretrial conference having been held today by telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.     The last day for plaintiff to amend the complaint is November 11, 2021;

      2.     The defendants shall respond to the amended complaint on or before November 29, 2021; and

      3.     There will be a status conference by telephone on December 22, 2021, at 2:00 p.m. The parties shall dial 888-273-3658 and use access code 7004275 to join the conference.

Dated: New York, New York
         October 28, 2021

                                                     SO ORDERED:

                                                   Sidney H. Stein, U.S.D.J.