UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARINO CASTANEDA RIVERA,

    Plaintiff,

v.

COLUMBUS BAKERY LLC (d/b/a H&H BAGELS) and MIGUEL FLORES,

    Defendants.

---

21-CV-03195 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A status conference was held today, with counsel for all parties present.

IT IS HEREBY ORDERED that:

1. April 4, 2022 is the final day for discovery in this action.
2. If there are any disputes between the parties related to discovery, the parties shall write to the Court far in advance of the discovery deadline so that the Court can resolve any such disputes.
3. The next pretrial conference will be held on April 4, 2022 at 4:30 p.m. by teleconference.
4. If the parties resolve the matter prior to the next conference, they shall file a stipulation of dismissal with prejudice.

Dated: New York, New York
December 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.