UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MARINO CASTANEDA RIVERA, individually : 21-Cv-3195 (SHS)
and on behalf of others similarly situated,

                         Plaintiff,       ORDER

      -v-

COLUMBUS BAKERY LLC (d/b/a H&H Bagels), :
and MIGUEL FLORES,

                       Defendants.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.     The joint pretrial order, proposed jury charges and proposed voir dire, and any motions in limine, are due by September 28, 2022;

    2.     Responses to any motions in limine are due by October 5, 2022;

    3.     There will be final conference on September 28, 2022, at 9:30 a.m.; and

    4.     The trial of this matter will commence on October 11, 2022, at 9:30 a.m.

Dated: New York, New York
       June 6, 2022

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.