UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARINO CASTANEDA RIVERA, individually   :   21-Cv-3195 (SHS)
and on behalf of others similarly situated,

                             Plaintiff,                       ORDER

     -v-

COLUMBUS BAKERY LLC (d/b/a H&H Bagels), :
and MIGUEL FLORES,

                          Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     The Court is in receipt of the plaintiff's letter notifying the Court that the parties have reached a settlement in principle [Doc. No. 39].

     IT IS HEREBY ORDERED that:

     1.     The deadlines set forth in the Order dated June 6, 2022 [Doc. No. 35], remain in place and are not being adjourned;

     2.     The parties may submit a settlement agreement and materials concerning the fairness of the settlement to the Court on or before August 12, 2022; and

     3.     The parties shall move before Judge Moses if they wish to cancel the July 20 settlement before her.

Dated: New York, New York
         July 13, 2022

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.