# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
ramsha@csm-legal.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/14/22

July 13, 2022

**VIA ECF**  
Magistrate Judge Barbara Moses  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Re:  Castaneda Rivera et al v. Columbus Bakery LLC et al  
Index No. 21-cv-03195-SHS

Your Honor:

This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defendants to notify the Court that the parties have reached a settlement in principle in this matter. Accordingly, the parties respectfully request that the upcoming July 20th Settlement Conference be canceled.

We thank the Court for the time and attention devoted to this matter.

> Application GRANTED. The settlement conference previously scheduled for July 20, 2022, is ADJOURNED *sine die*. SO ORDERED.
>
> _____  
> Barbara Moses  
> United States Magistrate Judge  
> July 14, 2022

Respectfully Submitted,

*/s/ Ramsha Ansari*  
Ramsha Ansari, Esq.  
60 East 42nd Street, Suite 4510  
New York, NY 10165  
Tel. No.: (212) 317-1200  
*Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)

*Certified as a minority-owned business in the State of New York*