UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARINO CASTANEDA RIVERA, individually  :   21-Cv-3195 (SHS)
and on behalf of others similarly situated,

                         Plaintiff,   :   ORDER
  -v-   :

COLUMBUS BAKERY LLC (d/b/a H&H Bagels), :
and MIGUEL FLORES,
                                  :
                      Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The parties having moved for the Court to approve the settlement agreement in this action on August 10, 2022 [Doc. No. 44], and a telephone conference having been held today with counsel for all parties participating,

      IT IS HEREBY ORDERED that, for the reasons set forth on the telephone conference, the parties' motion [Doc. No. 44] is denied without prejudice to the parties submitting on or before September 9, 2022, a revised settlement agreement which narrows the release language to wage and hour claims in paragraph 2 and eliminates the indemnification language in paragraphs 1(f), (g) and (h).

Dated: New York, New York
       August 15, 2022

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.