# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
ramsha@csm-legal.com

September 9, 2022

**VIA ECF**

Hon. Sidney H. Stein
Daniel Patrick Monahan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

　　　　　　　　Re:　Castaneda Rivera et al v. Columbus Bakery LLC et al.
　　　　　　　　　　　Index No. 21-cv-03195-SHS

Your Honor:

　　　　This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to respectfully request that, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court approve the parties' revised settlement agreement attached hereto as Exhibit A.
　　　　On August 10, 2022, the parties moved for settlement approval. (ECF No. 44). On August 15, 2022, Your Honor denied the parties Motion for Settlement and ordered the parties to eliminate the indemnification language in paragraphs 1(f), (g), and (h), and narrow the release language. (ECF No. 45). As per Your Honor's order, the parties have agreed to those revisions. The parties have narrowed the release language to wage and hour claims and eliminated the indemnification language in paragraphs 1(f), (g), and (h). As such, the parties respectfully request that the court approve the parties' revised settlement agreement as fair and reasonable. *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

　　　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Ramsha Ansari*
　　　　　　　　　　　　　　　　　　　　　　　　　　Ramsha Ansari, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　CSM Legal, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4510
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　　　　　　212-317-1200
　　　　　　　　　　　　　　　　　　　　　　　　　　ramsha@csm-legal.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Enclosures

CC: All Counsel (via ECF)