UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARINO CASTANEDA RIVERA, individually : 21-Cv-3195 (SHS)
and on behalf of others similarly situated,

                    Plaintiff,           ORDER

    -v-

COLUMBUS BAKERY LLC (d/b/a H&H Bagels),
and MIGUEL FLORES,

                  Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The parties having moved for the Court to approve their revised settlement agreement on September 9, 2022 [Doc. No. 46], and the Court having reviewed that revised settlement agreement pursuant to *Cheeks v. Frepport Pancake House, Inc.,* 796 F3d 199 (2d Cir. 2015),

    IT IS HEREBY ORDERED that:

    1.    The revised settlement agreement is approved as fair and reasonable, and

    2.    The parties shall file a stipulation of dismissal of this action on or before October 24, 2022.

Dated: New York, New York
       September 13, 2022

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.